1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

KEENAN HURT,                              CASE NO.    1:09-cv-698-MJS (PC)

9
                    Plaintiff,             ORDER SEALING MOTION

10
       v.

11
DINNIS SMITH, et al.,

12
                    Defendants.

13
_____/

14

15      Plaintiff Keenan Hurt ("Plaintiff") is a federal prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of</u>

17  <u>Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971).  Plaintiff has asked the

18  Court to file a motion under seal.

19      Having considered the circumstances set forth in Plaintiff's Motion, the Motion to

20  Seal is GRANTED.  The Clerk shall file Plaintiff's October 25, 2010 Motion under seal.  The

21  Court ORDERS Defendant to respond to the sealed motion not later than **November 17,**

22  **2010**.[1]  Defendant shall file his response under seal.

23

24  IT IS SO ORDERED.

25  Dated:    November 8, 2010            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

26

27  _____

28      [1]Plaintiff included a Certificate of Service stating that he served the Defendant (via the United
States Attorney's Office) with a copy of the sealed motion.  If Defendant did not receive the Order, he
should contact the Clerk's office to obtain a copy.